IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,                    :

     Plaintiff,                    :

  -vs-                    :  CASE NO. 2:12-MJ-375

TONY FISHER,                    :  JUDGE  KING

    Defendant.                    :

<u>ENTRY FOR APPEARANCE OF COUNSEL</u>

   Now comes Sam B. Weiner, Attorney at Law, and enters his appearance as counsel of record in the above-styled matter.

         <u>  s/Sam B. Weiner          </u>
         Sam B. Weiner   #0003970
         Samuel B. Weiner Co., L.P.A.
         743 South Front Street
         Columbus, Ohio   43206
         Phone:  (614) 443-6581
         Fax:  (614) 443-9978
         Trial Counsel for Defendant
         Tony Fisher

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that a copy of the foregoing has been served upon Heather Hill, Assistant United States Attorney, U.S. Attorney's Office, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215, this   <u>  22nd  </u>  day of   <u>  June  </u>  , 2012.

         <u>  s/Sam B. Weiner          </u>
         Sam B. Weiner   #0003970
         Trial Counsel for Defendant
         Tony Fisher