FILED
JAMES BONINI
CLERK

2012 AUG -9 PM 4: 20

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| | : | CASE No. 2:12-CR-162 |
| vs. | : | |
| | : | JUDGE |
| TONY R. FISHER | : | JUDGE SMITH |
| | : | 18 U.S.C. § 2422(b) |
| | : | 18 U.S.C. § 2428 (a) & (b) |

**INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**

On or about May 30, 2012 through June 2, 2012, in the Southern District of Ohio, the defendant, **TONY R. FISHER**, did knowingly use a means or facility of interstate commerce, that is, the Internet and a cell phone, to attempt to persuade, induce or entice individuals whom the defendant believed to be an 11-year-old male and a 14-year-old male, to engage in any sexual activity for which the defendant can be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

## FORFEITURE A

The allegations of Count One of этого Information are hereby incorporated by reference as part of this Count as if fully rewritten herein for purposes of alleging forfeitures to the United States of America pursuant to the provisions of 18 U.S.C. § 2428.

As a result of the offense alleged in Count One of this Information, and upon conviction thereof, Defendant **TONY R. FISHER** shall forfeit to the United States:

(a) all property used and intended to be used to commit and to promote the commission of the aforementioned violations, including the following:

1. One (1) Toshiba Satellite L655 laptop computer, serial no. XA265295W
2. One (1) Samsung Galaxy S2 cellular phone, bearing serial number RQ1BC56438Y.

In violation of 18 U.S.C. § 2428.

CARTER M. STEWART
UNITED STATES ATTORNEY

GARY L. SPARTIS
Columbus Branch Chief
Assistant United States Attorney