IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

vs. : CASE NO. 2:12-CR-162

TONY FISHER  JUDGE SMITH

### SENTENCING STIPLUATION

The parties hereby stipulate and agree that the times referenced in Exhibit 3 to the Government's Memorandum in Aid of Sentencing are in Coordinated Universal Time ("UTC"), and that UTC is four hours ahead of Eastern Standard Time ("EST"). Thus the times reflected in Exhibit 3 are four hours later than when the messages in the exhibit were actually sent and received.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

_____
SAMUEL B. WEINER
Counsel for the Defendant

_____
HEATHER A. HILL (6291633)
Assistant U.S. Attorney

DATE