## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| **Plaintiff,** | : | |
| | | CASE NO. 2:12-CR-162 |
| vs. | : | |
| | | CHIEF JUDGE MARBLEY |
| TONY R. FISHER, | : | MAGISTRATE JUDGE MERZ |
| **Defendant.** | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Rule 83.4(c)(1) of the Local Rules for the United States District Court for the

Southern District of Ohio, Tony R. Fisher herein gives this Court notice that he retained Steven S.

Nolder to be his new Trial Attorney in the above-captioned case.  Accordingly, Steven S. Nolder

hereby also gives notice of his substitution as counsel of record on behalf of Tony R. Fisher.

Respectfully submitted,

/s/ Steven S. Nolder
Steven S. Nolder (0037795)
65 East State Street, Suite 200
Columbus, Ohio 43215
(614) 221-9790
snolder9@gmail.com
Attorney for Tony R. Fisher

Tony R. Fisher

May 6, 2021
Date

1

*called and left a voicemail on 5-3-21, Weiner never responded*

_____

Samuel Bernard Weiner (0003970) (Inactive)
96 Bishop Square
Columbus, OH 43209
(614) 271-6917

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document has been electronically

served on AUSA Heather Hill this _____ day of May, 2021.


/s/ Steven S. Nolder
Steven S. Nolder (0037795)
Attorney for Tony R. Fisher


2